# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Timothy Downs, | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. CV 09 4546 SBA |
| Check Recovery Services, Inc.; and DOES 1-10, inclusive, | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Check Recovery Services, Inc.
167 Ashland Avenue
Buffalo, NY 14222

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sergei Lemberg, Esq.
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: SEP 2 5 2009

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Check Recovery Services, Inc.
was received by me on *(date)* 10/11/09 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Leslie Pierce , who is
designated by law to accept service of process on behalf of *(name of organization)* Check Recovery
Services, Inc. on *(date)* 10/13/09 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/09

*Server's signature*

Ted Kwiatkowski Process Server
*Printed name and title*

1312 French Rd Ste D, Depew NY 14043
*Server's address*

Additional information regarding attempted service, etc: